# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| , ) | |
| ) | No. 04 CR 410 |
| v. ) | |
| ) | Judge Leinenweber |
| CALVIN BUFFINGTON, et al. ) | |
| ) | |

## APPEARANCE

An Appearance is hereby filed on behalf of MARK THOMAS, Defendant

by GARETH G. MORRIS.

I am retained and I am a member of the trial bar of this court.

DATED January 15, 2008

>  *s/Gareth Morris*
>  Gareth Morris Law Office
>  1704 N. Dayton St., Suite 100
>  Chicago, IL 60614.
>  Phone: 312 943-6178
>  Gareth@core.com
>  ID # 3128489

## CERTIFICATE OF SERVICE

I certify that I have serve this Appearance on Terra L. Brown, AUSA through the ECF system on January 15, 2008.

>  *s/Gareth Morris*