# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                                 Case No.: 1:07−cr−00410
                                                             Honorable Harry D. Leinenweber

Calvin Buffington, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :as to all defendants'Status hearing held on 3/11/2008. Status hearing and ruling on pending motions set for 4/10/2008 at 09:00 AM. All additional motions to suppress to be filed by 3/18/2008. The government's response to be filed by 3/25/2008. Defendants reply brief to be filed by 4/1/2008.Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.