## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - all | **DATE** | 4/10/2008 |
| **CASE TITLE** | United States of America vs. Calvin Buffington, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. The court will by mail on the fully briefed motion to sever and motion to suppress. The government's response on the remaining motion to suppress to be filed by 4/24/2008. Defendants' reply briefs to be filed by 5/8/2008. Status hearing and possible ruling on the motion to suppress set for 5/22/2008 at 9:00 a.m. Enter excludable delay in the interest of justice to begin 4/10/2008 and end 5/22/2008 pursuant to 18:3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | WAP |
|---|---|---|