

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 - 19 | **DATE** | 7/9/2008 |
| **CASE TITLE** | United States of America vs. Mark Thomas | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED without objection, that Mark Thomas is granted leave to travel outside the Northern District of Illinois to Tallahassee, Florida to take his daughter to college orientation 7/13/2008 to 7/20/2008 and again when college starts 8/21/2008 to 8/24/2008, after submitting detailed travel and contact information to the Pretrial Services Officer.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials    WAP

U.S. DISTRICT COURT
CLERK
2008 JUL -9 PM 4:07
FILED-EDI