

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES<br>Plaintiff | ) ) ) | No. **07 CR 410 - 19** |
| v. | ) ) | Judge Harry D. Leinenweber |
| CALVIN BUFFINGTON, et al,<br>Defendants | ) ) ) | |

### AGREED ORDER
### MODIFYING CONDITIONS OF RELEASE
### FOR
### MARK THOMAS

IT IS HEREBY ORDERED, with the consent of the government (Terra Brown, AUSA) and the Pretrial Services Officer (Justin Wiersema), that MARK THOMAS may travel outside the Northern District of Illinois to Tallahassee, Florida to take his daughter to college orientation (July 13th - 20th, 2008) and again when college starts (August 21-24th, 2008), after submitting detailed travel and contact information to the Pretrial Services Officer, and agreeing to comply with any conditions he may impose.

DATED: July ___, 2008

_____
Judge Harry D. Leinenweber

Prepared, submitted and served
on all parties this 2nd day of July, 2008 by:

s/ *Gareth G. Morris*
1704 N. Dayton St., Suite 100
Chicago, Illinois 60614
gareth@core.com
(312) 943-6178
Attorney for Mark Thomas