# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 410 (ALL) | **DATE** | 8/29/2008 |
| **CASE TITLE** | United States of America vs. Buffington, et al. | | |

**DOCKET ENTRY TEXT**

All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|